# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                 Case No.: 1:16–cr–00163

                                                          Honorable Mary M. Rowland

Marcos Mendez

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 24, 2023:

      MINUTE entry before the Honorable Mary M. Rowland as to Marcos Mendez: In−person sentencing hearing held. Judgment to follow. The Government's oral motion to have the victim's name and where she lives redacted from the record is granted. If today's hearing is transcribed, those references in the record shall be redacted and a complete transcript shall be filed under seal. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.